**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Muttaqin Fatir Abdullah, Appellant.

Appellate Case No. 2016-002217

———————

Appeal From Sumter County
D. Craig Brown, Circuit Court Judge

———————

Unpublished Opinion No. 2019-UP-406
Submitted November 1, 2019 – Filed December 31, 2019

———————

**APPEAL DISMISSED**

———————

Appellate Defender Adam Sinclair Ruffin, of Columbia, and Muttaqin Fatir Abdullah, pro se.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Melody Jane Brown, of Columbia, for Respondent.

———————

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**SHORT, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.